IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02953-RM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:                December 19, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:* | *Counsel:*

DANIEL J. TRAVERS, | Ethan McQuinn

    Plaintiff,

v.

JOHN ARCHER, *et al.*, | Jonathan M. Abramson

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       10:08 a.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding the recently filed motions in the case.

**ORDERED:**        *Plaintiff's Withdrawal of His Previously Filed Motion for Leave to Amend Complaint* [Doc. No. 18, filed 12/18/2013] is **GRANTED**.

Defendants' *Unopposed Motion for Extension of Time to Respond to Motion for Leave to Amend Complaint* [Doc. No.16, filed 12/13/2013] and *Plaintiff's Motion for Leave to Amend Complaint to Add Punitive Damages Against Defendant John Archer* [Doc. No. 12, filed 11/27/2013] are **DENIED as MOOT**.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been completed.

The court reviews the proposed discovery deadlines and limitations with the parties.

Discussion held regarding the proposed length of discovery, the discovery that took place before the case was removed from state court, Defendants' request for Plaintiff's personnel file, and counsel using private mediation.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties:   **February 3, 2014**

Discovery Cut-off:   **June 18, 2014**

Dispositive Motions deadline:   **July 18, 2014**

Parties shall designate affirmative experts **on or before March 19, 2014.**

Parties shall designate rebuttal experts **on or before April 18, 2014.**

Each side shall be may take ten (10) depositions, absent leave of court.

Each side shall be limited to four (4) expert witnesses, absent leave of court.

Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production of Documents and twenty-five (25) Requests for Admissions.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than 33 days prior to discovery cut-off.**

**FINAL PRETRIAL CONFERENCE** is set for **October 16, 2014 at 10:00 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a four (4) day jury trial.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:   10:38 a.m.**
Total time in court:   00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.