IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02953-RM-CBS | Date: October 1, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

DANIEL J. TRAVERS,                          Ethan McQuinn

Plaintiff,

v.

JOHN ARCHER, *et al.,*                      Jonathan Abramson

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:31 p.m.**
Court calls case. Appearances of counsel.

This case comes before the Court in regards to Joint MOTION [27] to Amend Scheduling Order to Extend Discovery Cut-off. Discussion regarding what discovery still needs to be completed. Discussion regarding administratively closing the case, pending mediation, and experts.

**ORDERED:**   Joint MOTION [27] top Amend Scheduling Order to Extend Discovery Cut-off is **GRANTED.** The discovery deadline is extended until December 15, 2014. All other deadlines will remain in place.

HEARING CONCLUDED.

**Court in recess: 03:09 .m.**
Total time in court: 00:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.