IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02953-RM-CBS | Date: October 28, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                      *Counsel:*

DANIEL J. TRAVERS,                 Ethan McQuinn

Plaintiff,

v.

JOHN ARCHER,                        Jonathan Abramson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 11:01 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to Plaintiff's MOTION [32] for Leave to Extend the Deadline to Endorse Expert Witnesses. Counsel presents oral argument in regards to the Motion.

**ORDERED:**     Plaintiff's MOTION [32] for Leave to Extend the Deadline to Endorse Expert Witnesses is **GRANTED.** The deadline to disclose expert witnesses is extended until November 15, 2014 and the deadline to disclose rebuttal experts is extended until December 15, 2014.

                 Any expert that the Plaintiff designates on or before November 15, 2014, MUST also agree to be deposed at a time mutually convenient to the expert and to counsel, prior to or on December 15, 2014.

HEARING CONCLUDED.

**Court in recess: 11:09 a.m.**
Total time in court: 00:08
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.